UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK WILLIAM WRAGGE, )<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>THE CITY OF WILMINGTON, )<br>        Defendant. ) | **JUDGMENT**<br>No. 7:25-CV-1039-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 26, 2025, and for the reasons set forth more specifically therein, that plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on June 26, 2025, and Copies To:**
Derek William Wragge (via U.S. Mail) 618 Fullwood St., Wilmington, NC 28401

June 26, 2025                      PETER A. MOORE, JR. CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk